

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-18-00584-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Relator's request for a clarification of this court's denial of his petition for writ of mandamus and his subsequent motion for rehearing is hereby DENIED.

It is so **ORDERED** on September 17, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-19573, styled *Martha Donohue v. John M. Donohue*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.